UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELINDA BARTHELUS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>　　　　　Defendants. | Civil Action No.<br><br>23-22725 (WJM) (LDW)<br><br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a February 26, 2025 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 26th day of February 2025, ORDERED** that the pretrial schedule is hereby amended as follows:

1. All affirmative expert reports shall be delivered by **April 30, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

2. All responding expert reports shall be delivered by **May 30, 2025**. Any such report shall comport with the form and content requirements referenced above.

3. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **June 30, 2025**.

4. The settlement conference before the undersigned set for March 11, 2025 is adjourned to **March 28, 2025 at 10:30 a.m**. and shall proceed by remote audio/visual means (Microsoft Teams). Log-in information will be circulated to counsel prior to the conference. Clients with full and immediate settlement authority must attend for the duration. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the

2

conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

                                             *s/ Leda Dunn Wettre*
                                             Hon. Leda Dunn Wettre
                                             United States Magistrate Judge